AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

MICHAEL DAVITT,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:09-cv-00119-ECR-VPC**

HOWARD SKOLNIK, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

   June 15, 2009          **LANCE S. WILSON**
                                        Clerk

                                    /s/ D. R. Morgan
                                      Deputy Clerk